FILED
2021 MAR 9 PM 2:29
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHICORA LIFE CENTER, LC and CANYON HOLDINGS, L.C.;<br><br>Plaintiffs;<br><br>v.<br><br>K&L GATES LLP; McCARTHY, REYNOLDS, & PENN, LLC; and DOES 1–10;<br><br>Defendants. | **ORDER GRANTING MOTION TO CONDUCT JURISDICTIONAL DISCOVERY**<br><br>Case No. 1:20-cv-00112-JNP-DBP<br><br>District Judge Jill N. Parrish |

The court ordered the plaintiffs in this action, Chicora Life Center, LC and Canyon Holdings L.C. (jointly, Chicora Life), to allege the full citizenship of the two defendants, McCarthy, Reynolds, & Penn, LLC and K&L Gates LLP. The court also invited Chicora Life to notify the court if jurisdictional discovery were required to fully allege the citizenship of the defendants.

K&L Gates has informed Chicora Life that one of its partners "resides" in Utah. Chicora Life moves for leave to conduct jurisdictional discovery regarding the full citizenship of K&L Gates. The court agrees that an assertion that one of K&L Gates' partners resides in Utah does not settle the question of whether it is a citizen of Utah because domicile determines citizenship. *Siloam Springs Hotel, L.L.C. v. Century Surety Co.*, 781 F.3d 1233, 1238 (10th Cir. 2015) ("An individual's residence is not equivalent to his domicile and it is domicile that is relevant for determining citizenship."). Accordingly, the court GRANTS Chicora Life's motion to conduct limited discovery regarding the domicile of K&L Gates' partners on August 24, 2020, the date that

the complaint was filed. ECF No. 36. Chicora Life shall have until April 21, 2021 to complete discovery and file a document alleging the complete citizenship of all the parties.

Signed March 9, 2021.

BY THE COURT

Jill N. Parrish
United States District Court Judge