IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHICORA LIFE CENTER, LC and CANYON HOLDINGS, L.C.;<br><br>Plaintiffs;<br><br>v.<br><br>K&L GATES LLP; McCARTHY, REYNOLDS, & PENN, LLC; and DOES 1–10;<br><br>Defendants. | **JUDGMENT**<br><br>Case No. 1:20-cv-00112-JNP-DBP<br><br>District Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

Signed June 4, 2021.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge